BEFORE THE FIRST DIVISION, MAY 22, 1939

**No. 41359.**—Protest 962134–G of E. Leitz, Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of cameras and parts the same as those the subject of *United States* v. *Leitz.* (24 C. C. P. A. 139, T. D. 48622). The claim at 20 percent under paragraph 1551 was therefore sustained.

**No. 41360.**—Protests 954171–G, etc., of M. J. & H. J. Meyer Co., et al. (New York).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 41361.**—Protests 952581–G, etc., of F. W. Woolworth Co. et al. (Baltimore, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MAY 22, 1939

**No. 41362.**—Protest 151524–G of P. C. Kuyper & Co. (New York).

Opinion by TILSON, J. The record showed that certain items consist of Alençon laces similar to those involved in *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067), and flouncings, trimmings, allovers, insertings, and galloons, embroidered, similar to the merchandise the subject of *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41363.**—Protest 303323–G of Groetzinger Bros. (New York).

Opinion by TILSON, J. The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 41364.**—Protests 412780–G, etc., of Bergdorf & Goodman Co. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 37230 and *Amberg* v. *United States* (T. D. 46204) the merchandise in question was held dutiable at 60 percent under paragraph 31 as claimed.